```
                                          FILED
                                   CLERK, U.S. DISTRICT COURT

                                        JUL 17 2019

                                   CENTRAL DISTRICT OF CA...
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 12-1135-PGK |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| EDGAR GONZALEZ ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___C.D.CA.___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _numerous positive drug tests; admitted heroin use while on release_

_____

_____

_____

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _____7/17/19_____

_____
UNITES STATES MAGISTRATE JUDGE
PAUL L. ABRAMS